**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **BE PLASTICS, INC.** | § | **CASE NO. 25-35842** |
| | § | |
| **DEBTOR.** | § | **Subchapter V** |
| | § | |
| | § | |
| | § | |
| | § | |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**CHRIS QUINN**
**26414 COTTAGE CYPRESS LANE**
**CYPRESS, TX 77433**
**Email: chris.quinn2021@outlook.com PH: (713) 498-8500**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: October 7, 2025

KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By:     */s/ C. Ross Travis*
C. Ross Travis
Trial Attorney
LA State Bar No. 40081
515 Rusk, Suite 3516
Houston, Texas 77002
Telephone: (202) 603-5225
Fax: (713) 718-4670
C.Ross.Travis@usdoj.gov

1

<u>**CERTIFICATE OF SERVICE**</u>

       I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE,** was served upon the parties on the below list by United States Mail, first class, postage prepaid, and/or by electronic means for all Pacer system participants on October 7, 2025.

By:    */s/ C. Ross Travis*
C. Ross Travis
Trial Attorney
LA State Bar No. 40081
515 Rusk, Suite 3516
Houston, Texas 77002
Telephone: (202) 603-5225
Fax: (713) 718-4670
C.Ross.Travis@usdoj.gov

**By Mail to Debtors:**

**BE Plastics Inc**
**21 Waterway Ave Suite 300**
**Spring, TX 77380**

2